UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID D. HARRIS,

    Plaintiff,

v.

DIRECTOR OF CORRECTIONS,

    Defendant.

Case No. 19-cv-03166-SI

**JUDGMENT**

This action is dismissed because it is legally frivolous.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 2, 2019

SUSAN ILLSTON
United States District Judge